## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK MARTIN,                )
                                      )
        **Plaintiff,**        )
                                      )
**vs.**                              )    **Case No. 18-CV-1159-SMY-RJD**
                                      )
**REO STINSON and MELISSA PAPPAS,**  )
                                      )
        **Defendants.**    )

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 40), recommending the denial of Defendants Stinson and Pappas' Motions for Summary Judgment for Failure to Exhaust Administrative Remedies (Docs. 23 and 25). No objections to the Report have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has exhausted his available administrative remedies regarding his claim in this matter. The Court finds no clear error with Judge Daly's findings, analysis or conclusions, and accordingly adopts her

Report in its entirety.

**IT IS SO ORDERED.**

**DATED:  March 27, 2019**

**STACI M. YANDLE**
**United States District Judge**